

**SO ORDERED.**

**DONE and SIGNED December 13, 2012.**

_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Case No. 12-12013 |
| | : | |
| **LOUISIANA RIVERBOAT GAMING PARTNERSHIP,** *et al.*[1] | : | Chapter 11 |
| | : | Hon. Steven V. Callaway |
| Debtors. | : | |
| | x | Jointly Administered |

### ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION
### FOR THE PERIOD JULY 31, 2012 THROUGH OCTOBER 31, 2012
### FOR HELLER, DRAPER, PATRICK, & HORN, LLC

The *First Interim Application for Compensation for the Period July 31, 2012 through October 31, 2012 For Heller, Draper, Patrick & Horn, LLC* [P-268] ("Application") filed by Heller, Draper, Patrick & Horn, LLC ("Heller Draper") came for hearing before this Court on the

---

[1] Legends Gaming of Louisiana-1, LLC (12-12014); Legends Gaming of Louisiana-2, LLC (12-12015); Legends Gaming, LLC (12-12017); Legends Gaming of Mississippi, LLC (12-12019); and Legends Gaming of Mississippi RV Park, LLC (12-12020) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court [P-6].

{00330413-1}

10th day of December 2012. The Court having reviewed the Application, notice being proper and sufficient, no objections having been filed, and it appearing good cause exists to grant same;

**IT IS HEREBY ORDERED** that the Application is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that Heller Draper is allowed and awarded interim compensation for the period July 31, 2012 through October 31, 2012, in the in the total sum of Four Hundred Thirty Thousand One Hundred Ninety-Two and 72/100 ($430,192.72) Dollars, representing Four Hundred Twenty-Four Thousand Fifty-One and 00/100 ($424,051.00) Dollars for services and Six Thousand One Hundred Forty-One and 72/100 ($6,141.72) Dollars for total costs advanced;

**IT IS FURTHER ORDERED** that Heller Draper is authorized to apply the twenty percent holdback of fees incurred from July 31, 2012 to October 31, 2012 to any outstanding amount owed for the same time period; and

**IT IS FURTHER ORDERED** that Heller Draper is authorized to maintain its pre-petition retainer in the amount of $51,271.51 as security for fees and expenses to be incurred post-petition.

###

This order was prepared and is being submitted by:

William H. Patrick, III, LA Bar 1035
Tristan Manthey, LA Bar 24539
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Phone: 504.299.3300
Fax: 504.299.3399
**Counsel for Debtors and
Debtors in Possession**

{00330413-1} 2

12-12013 - #305  File 12/13/12  Enter 12/13/12 16:40:19  Main Document - Application for Compensation/Administrative Expenses   Pg 2 of 2