**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Case No.12-12013 |
| | : | |
| **LOUISIANA RIVERBOAT GAMING PARTNERSHIP,** *et al.*[1] | : | Chapter 11 |
| | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |

### DEBTORS' PLAN SUPPLEMENT TO JOINT CHAPTER 11 PLAN FOR LOUISIANA RIVERBOAT GAMING PARTNERSHIP AND AFFILIATES AS AMENDED THROUGH JUNE 24, 2013

Pursuant to Article 1.76 of the *Joint Chapter 11 Plan of Louisiana Riverboat Gaming Partnership and Affiliates as Amended Through June 24, 2013* [P-534] ("Plan"), Louisiana Riverboat Gaming and its affiliates, the debtors and debtors-in-possession, file this Plan Supplement, which contains forms of the following documents related to the transactions contemplated under the Plan (which forms may be updated with minor non-substantive revisions):

1. Sixth Amended and Restated Operating Agreement of Legends Gaming, LLC attached hereto as **Exhibit A**.

2. Call Option Agreement between Legends Gaming, LLC and BCV Holdings, LLC attached hereto as **Exhibit B**.

3. Equity Purchase Agreement between Legends Gaming, LLC and BCV Holdings, LLC attached hereto as **Exhibit C**.

4. The Employment Resignation, Consulting and Non-Competition

---

[1] Legends Gaming of Louisiana-1, LLC (12-12014); Legends Gaming of Louisiana-2, LLC (12-12015); Legends Gaming, LLC (12-12017); Legends Gaming of Mississippi, LLC (12-12019); and Legends Gaming of Mississippi RV Park, LLC (12-12020) are being jointly administered with Louisiana Riverboat Gaming Partnership pursuant to order of this Court [P-6].

{00337467-1}

Agreement by and between Legends Gaming, LLC and William J. McEnery attached hereto as **Exhibit D**.

5. Employment Resignation and Independent Contractor Agreement by and between Legends Gaming, LLC and Raymond C. Cook attached hereto as **Exhibit E**.

6. Management Agreement – Vicksburg, MS by and between Foundation Gaming Group, LLC, Legends Gaming of Mississippi, LLC and Legends Gaming, LLC attached hereto as **Exhibit F**.

7. Management Agreement – Bossier City, LA by and between Foundation Gaming Group, LLC, Louisiana Riverboat Gaming Partnership and Legends Gaming, LLC attached hereto as **Exhibit G**.

8. Credit Agreement by and among Legends Gaming, LLC, as Borrower, the Lenders from time to time party thereto, and Wilmington Trust National Association, as Administrative Agent (with exhibits) attached hereto as **Exhibit H**.

9. Subsidiary Security Agreement between Louisiana Riverboat Gaming Partnership and Wilmington Trust, National Association, as Administrative Agent attached hereto as **Exhibit I**.

10. Subsidiary Security Agreement between Legends Gaming of Mississippi, LLC and Wilmington Trust, National Association, as Administrative Agent attached as **Exhibit J**.

11. Borrower Security Agreement between Legends Gaming, LLC and Wilmington Trust, National Association, as Administrative Agent attached hereto as **Exhibit K**.

12. Subsidiary Agreement between Legends Gaming of Mississippi, LLC as

Guarantor in favor of Wilmington Trust, National Association, as Administrative Agent attached as **Exhibit L**.

13. Subsidiary Agreement between Louisiana Riverboat Gaming Partnership as Guarantor in favor of Wilmington Trust, National Association, as Administrative Agent attached as **Exhibit M**.

14. Preferred Ship Mortgage made by Legends Gaming of Mississippi, LLC in favor of Wilmington Trust, National Association, in its capacity as Administrative Agent attached hereto as **Exhibit N.**

15. Preferred Ship Mortgage made by Louisiana Riverboat Gaming Partnership in favor of Wilmington Trust, National Association, in its capacity as Administrative Agent attached hereto as **Exhibit O**.

16. Pledge Agreement between BCV Holdings, LLC and Wilmington Trust, National Association, as the Administrative Agent attached hereto as **Exhibit P**.

**DATED: October 23, 2013**

Respectfully submitted,

*/s/ Cherie Dessauer Nobles*
William H. Patrick III, La. Bar No. 10359
Tristan Manthey, La. Bar No. 24539
Cherie Dessauer Nobles, La. Bar No. 30476
**HELLER, DRAPER, PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504.299.3300
Fax: 504.299.3399
**Counsel for Debtors and Debtors in Possession**